# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Lonnie Ray Wilson
( debtor has no known aliases )
751 Cooley Road
Rocky Mount, NC 27803

Cynthia Ernestine Wood–Wilson
( debtor has no known aliases )
751 Cooley Road
Rocky Mount, NC 27803

CASE NO.: 13–00077–8–JRL

DATE FILED: January 4, 2013

CHAPTER: 13

NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR

YOU ARE HEREBY NOTIFIED that pursuant to Bankruptcy Rule 3004, a proof of claim was filed by the debtor on behalf of Log Cabin Homes on May 30, 2013 .

DATED: June 3, 2013

              Stephanie J. Edmondson
              Clerk of Court