# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

Case Number: 13-00077-8-DMW
Judge: DAVID M. WARREN
Dated: July 11, 2017

In Re:

LONNIE RAY WILSON                                    CYNTHIA ERNESTINE WOOD-WILSON
751 COOLEY ROAD
ROCKY MOUNT, NC  27803

SSN (1): XXX-XX-4460                                 SSN (2): XXX-XX-3513

## TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above-referenced case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

**You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice Thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned Trustee, the debtors and counsel for the debtors. If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the Trustee and the surety on the Trustee's bond will be released.**

1. The case was filed on January 04, 2013 and confirmed on April 25, 2014.
   The case was subsequently completed on June 20, 2017.

2. The amount paid to the Trustee by or on behalf of the debtors was $68,630.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| THE HONORABLE JEFF SESSIONS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| US ATTORNEY'S OFFICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NC DEPARTMENT OF JUSTICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FIN/09 | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| TRIDENT ASSET MANAGEMENT, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BATTLE, WINSLOW, SCOTT & WILEY, PA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| FARMERS FURNITURE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NASH COUNTY TAX COLLECTOR | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $7,878.84 | $7,878.84 | $0.00 | $0.00 |
| NASH COUNTY TAX COLLECTOR | PRIORITY | $171.94 | $171.94 | $0.00 | $0.00 |
| NORTH CAROLINA DEPT. OF REVENUE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITY OF ROCKY MOUNT | SECURED | $995.41 | $995.41 | $175.28 | $0.00 |
| NASH COUNTY TAX COLLECTOR | SECURED | $3,430.40 | $3,430.40 | $563.97 | $0.00 |
| REGIONAL ACCEPTANCE CORPORATION | SECURED | $7,225.00 | $7,225.00 | $624.54 | $0.00 |
| MARINER FINANCE, LLC | SECURED | $1,563.50 | $1,563.50 | $150.69 | $0.00 |
| FARMERS FURNITURE | SECURED | $1,038.04 | $1,038.04 | $99.78 | $0.00 |
| AFNI-BLOOM | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DIRECTV | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FINANCIAL DATA SYSTEMS, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRSTPOINT COLLECTION RESOURCES INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GECRB/BELK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GMAC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| LOG CABIN HOMES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NASH HOSPITALS, INCORPORATED | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PIGGLY WIGGLY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SECURITY CREDIT SERVICES, LLC | UNSECURED | $666.90 | $0.00 | $0.00 | $0.00 |
| MARINER FINANCE, LLC | UNSECURED | $1,944.48 | $0.00 | $0.00 | $0.00 |
| SOUTHERN CREDIT ADJUSTERS, INC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| V & K (VALLENTINE & KEBARTAS) | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| QUANTUM3 GROUP, LLC | UNSECURED | $1,697.98 | $0.00 | $0.00 | $0.00 |
| QUANTUM3 GROUP, LLC | UNSECURED | $852.18 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | $991.22 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | $136.23 | $0.00 | $0.00 | $0.00 |
| CITY OF ROCKY MOUNT | UNSECURED | $270.85 | $0.00 | $0.00 | $0.00 |
| LOG CABIN HOMES | SECURED - ONGOING MTG | $0.00 | $31,900.84 | $0.00 | $0.00 |
| LOG CABIN HOMES | ARREARS MORTGAGE | $4,567.76 | $4,567.76 | $0.00 | $0.00 |
| NASH COUNTY TAX COLLECTOR | UNSECURED | $27.53 | $0.00 | $0.00 | $0.00 |
| REGIONAL ACCEPTANCE CORPORATION | UNSECURED | $5,845.53 | $0.00 | $0.00 | $0.00 |

4.     Summary of Disbursements:

| | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $18,820.11 | $8,050.78 | $12,432.90 | $0.00 | $39,303.79 |
| **Principal Paid** | $18,820.11 | $8,050.78 | $0.00 | $31,900.84 | $58,771.73 |
| **Interest Paid** | $1,614.26 | $0.00 | $0.00 | $0.00 | $1,614.26 |

5.     Costs of Administration:

The clerk was paid $0.00 for the filing fee.

The debtors' attorney was allowed $4,285.00 and was paid $4,285.00.

The Trustee was paid $0.00 for the cost of mailing notices in the case.

The Trustee was paid $1,462.01 for expenses and $1,462.00 for compensation pursuant to 11 USC § 1326.

Refunds to the debtors total $1,035.00.

6.     The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety bond from any and all liability on account of the above-referenced case, closes the estate, and grants such other relief as may be just and proper.

Dated: July 11, 2017

*s/ John F. Logan*

John F. Logan

Chapter 13 Trustee

Post Office Box  61039

Raleigh, NC  27661-1039

cc: LONNIE RAY WILSON

CYNTHIA ERNESTINE WOOD-WILSON

JOHN T. ORCUTT

ATTORNEY AT LAW

6616-203 SIX FORKS RD.

RALEIGH, NC  27615

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: LONNIE RAY WILSON                                     CASE NUMBER: 1300077
DEBTOR 2 NAME: CYNTHIA ERNESTINE WOOD-WILSON

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___7/12/2017___:

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 5005-4(9)(b):

AFNI-BLOOM,404 BROCK DRIVE,BLOOMINGTON IL 61701
BATTLE, WINSLOW, SCOTT & WILEY, PA,C/O NASH HOSPITALS, INC,PO BOX 7100,ROCKY MOUNT NC 27804
CITY OF ROCKY MOUNT,PO BOX 1180,ROCKY MOUNT NC 27802
DIRECTV,PO BOX 6550,ENGLEWOOD CO 80155-6550
FARMERS FURNITURE,ATTN: CORPORATE CREDIT,PO BOX 1140,DUBLIN GA 31040-1140
FINANCIAL DATA SYSTEMS, LLC,PO BOX 688,WRIGHTSVILLE BEACH NC 28480
FIRSTPOINT COLLECTION RESOURCES INC,PO BOX 26140,GREENSBORO NC 27402-6140
GECRB/BELK,PO BOX 981491,EL PASO TX 79998
GMAC,PO BOX 380902,MINNEAPOLIS MN 55438-4622
INTERNAL REVENUE SERVICE,ATTN:  CORRESPONDENCE,PO BOX 7346,PHILADELPHIA PA 19101-7346
INTERNAL REVENUE SERVICE,ATTN:  MANAGER OR REG. AGENT,PO BOX 7317,PHILADELPHIA PA 19101-7317
INTERNAL REVENUE SERVICE,ATTN: OFFICER,31 HOPKINS PLAZA, RM 1150,BALTIMORE MD 21201
JEFFERSON CAPITAL SYSTEMS, LLC,ATTN:  MANAGER OR REG. AGENT,PO BOX 772813,CHICAGO IL 60677-2813
JEFFERSON CAPITAL SYSTEMS, LLC,PO BOX 7999,SAINT CLOUD MN 56302
JOHN T. ORCUTT,ATTORNEY AT LAW,6616-203 SIX FORKS RD.,RALEIGH NC 27615
LOG CABIN HOMES,ATTN: OFFICER,513 KEEN STREET,ROCKY MOUNT NC 27802
LONNIE RAY WILSON,CYNTHIA ERNESTINE WOOD-WILSON,751 COOLEY ROAD,ROCKY MOUNT NC 27803
MARINER FINANCE, LLC,ATTN: OFFICER,8211 TOWN CENTER DRIVE,NOTTINGHAM MD 21236
NASH COUNTY TAX COLLECTOR,ATTN:  MANAGER,120 W. WASHINGTON ST., STE. 2058,NASHVILLE NC 27856
NASH HOSPITALS, INCORPORATED,2460 CURTIS ELLIS DRIVE,ROCKY MOUNT NC 27804
NC DEPARTMENT OF JUSTICE,FOR N.C. DEPT. OF REVENUE,P.O. BOX 629,RALEIGH NC 27602-0629
NCO FIN/09,ATTN: MANAGING AGENT,PO BOX 15391,WILMINGTON DE 19850
NORTH CAROLINA DEPT. OF REVENUE,PO BOX 1168,RALEIGH NC 27602-1168
PIGGLY WIGGLY,418 WEST THOMAS STREET,ROCKY MOUNT NC 27804
QUANTUM3 GROUP, LLC,ATTN:  MANAGER OR REG. AGENT,PO BOX 788,KIRKLAND WA 98083
REGIONAL ACCEPTANCE CORPORATION,BB&T servicing account on behalf,BANKRUPTCY SECTION 100-50-01-51,PO BOX 1847 WILSON NC 27894
SECURITY CREDIT SERVICES, LLC,PO BOX 1156,OXFORD MS 38655
SECURITY FINANCIAL SERVICES,SFC-CENTRAL BANKRUPTCY/RECOVERY,PO BOX 1893,SPARTANBURG SC 29304-1893
SOUTHERN CREDIT ADJUSTERS, INC,2420 PROFESSIONAL,ROCKY MOUNT NC 27804
THE HONORABLE JEFF SESSIONS,US DEPT OF JUSTICE,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001
TRIDENT ASSET MANAGEMENT, LLC,BOX 888424,ATLANTA GA 30356
US ATTORNEYS OFFICE,310 NEW BERN AVENUE,SUITE 800, FEDERAL BUILDING,RALEIGH NC 27601
V & K (VALLENTINE & KEBARTAS),15 UNION ST,SUITE 6,LAWRENCE MA 01841
WELLS FARGO BANK,PO BOX 5058,MAC P6053-021,PORTLAND OR 97208

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___7/12/2017___                    Signature : _____Robert J. Wallace, Jr._____

                                          Premium Graphics, Inc.
                                          2099 Thomas Road Suite 10
                                          Memphis, TN 38134